# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re | CIVIL ACTION |
|---|---|
| Holly M. Mangan | NO. 24-4139 |

## ORDER

AND NOW this 22nd day of August, 2024, it is hereby **ORDERED** that *pro se* appellant Holly M. Mangan shall have seven (7) days to file a motion to continue the stay and must provide an accompanying memorandum of law. Any party opposing the motion may file a response brief within seven (7) days after the motion is filed.

**BY THE COURT:**

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-4139 In re Mangan\24cv4139 Order for Motion.docx